A. E. OTTAVIANO, INC., Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 45531.)

900

Present — Goldman, P. J., Marsh, Witmer, Cardamone and Henry, JJ.